# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Melinda Sue Harbold**  
Debtor(s)

**BK NO. 24-01329 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee, on behalf of registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset-Backed Certificates, Series 2007-AC3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
PA Middle BK
05 Jun 2024, 14:33:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322