UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                            CASE NO.: 24-01329
                                                                CHAPTER 13

**Melinda Sue Harbold,**
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, N.A., as Trustee, on behalf of registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset-Backed Certificates, Series 2007-AC3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GEORGIA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: <u>/s/Robert Shearer</u>
                                           Robert Shearer
                                           Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MELINDA SUE HARBOLD
76 S RESERVOIR DRIVE
DOVER, PA 17315

And via electronic mail to:

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                By: /s/Robert Shearer
                Robert Shearer
                Email: rshearer@raslg.com